IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TVN S.A., a Polish Corporation, and TELEWIZJA POLSAT Sp. z o.o., a Polish Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POLSKY TV, a German Corporation, POLSKY MULTIMEDIA GROUP LTD., a British Virgin Island Corporation, FIDERA HOLDING S.A., d/b/a ETHNIC MEDIA POOL, a Belize Corporation, BESTPOL TV GMBH, a German Limited Liability Corporation, POLKSYTV USA, POLSKATVUS, ARCHER EXPRESS VIDEO & CELLULAR, POLKSA TV ONLINE LTD., USA POLSKYTV, POLISH TV CHICAGO, POLLUX LLC, an Illinois Limited Liability Corporation, ABC COMPUTERS LLC, a Michigan Limited Liability Corporation, POLVISION LLC, a New York Limited Liability Corporation, WIZARD ELECTROLAND, POLSKY24TV, IFIX4LESS LLC, a New Jersey Limited Liability Corporation, INFOPOL, 10NEWVISION, NASZAPOLSKATV, POLSKATV USA, and POLSKY TV<br><br>Defendants. | Civil Action No. |

**FEDERAL RULE 7.1/ LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Plaintiff, TVN S.A., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 submits the following disclosure of corporate interest:

CI-9297278 v1

The following entities as owning 5% or more of TVN's stock: Aviva OFE; ING OFE; OFE PZU "Zlota Jesien"; and N-Vision/Polish Television Holding.

Dated: December 18, 2014

                                          Respectfully Submitted,

                                          TVN S.A. and TELEWIZJA POLSAT Sp. z o.o

                                          By:   /s/    Desiree F. Moore
                                                        One of its Attorneys

Desiree F. Moore, Esq.
Sara E. Fletcher, Esq.
K&L Gates LLP
Three First National Plaza
70 West Madison Street, Suite 3000
Chicago, Illinois 60602-4207
(312) 372-1121 (telephone)
(312) 827-8000 (facsimile)