

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

Thomas G. Bruton, Clerk

Office of the Clerk

December 22, 2014

Desiree F. Moore
Sara Elizabeth Fletcher
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, IL 60602

RE: TVN S.A. et al v. Polsky TV et al
No. 1:14-cv-10189

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| 85377513 | 7/2012 | Telewizja Polsat Sp. z o.o.* |
| | | |
| | | |
| | | |

\* The remaining marks at issue in this case are registered under foreign laws.
Please provide this information within ten (10) days of today's date.

Sincerely yours,
Thomas G. Bruton, Clerk

By: s/ Esperanza Arnold
Deputy Clerk