**AO 121 (6/90)**

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION     [ ] APPEAL | **COURT NAME AND LOCATION**<br>UNITED STATES DISTRICT COURT<br>**Northern District of Illinois**<br>**219 South Dearborn Street, 20th Floor**<br>**Chicago, Illinois 60604** |
|---|---|
| **DOCKET NO.**<br>**1:14-cv-10189**    **DATE FILED**<br>**12/19/2014** | |
| **PLAINTIFF: TVN S.A. et al** | **DEFENDANT: Polsky TV et al** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other   [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes [ ] No | DATE RENDERED |
|---|---|---|

| Thomas G. Bruton, Clerk | **(BY) DEPUTY CLERK**<br><br>**Esperanza Arnold** | **DATE**<br><br>**1/5/2015** |
|---|---|---|



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

Thomas G. Bruton, Clerk                                    Office of the Clerk

December 22, 2014

Desiree F. Moore
Sara Elizabeth Fletcher
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, IL 60602

RE:     TVN S.A. et al v. Polsky TV et al
No.     1:14-cv-10189

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.  Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| 85377513 | 7/2012 | Telewizja Polsat Sp. z o.o.* |
|  |  |  |
|  |  |  |
|  |  |  |

\* The remaining marks at issue in this case are registered under foreign laws.

Please provide this information within ten (10) days of today's date.

                              Sincerely yours,
                              Thomas G. Bruton, Clerk


                              By:    s/ Esperanza Arnold
                                     Deputy Clerk