AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TVN S.A. and Telewizja Polsat Sp. z o.o.

V.

Polsky TV, et al.

CASE NUMBER: 1:14-cv-10189

ASSIGNED JUDGE: Judge Edmond E. Chang

DESIGNATED
MAGISTRATE JUDGE: Magistrate Jeffrey T. Gilbert

TO: (Name and address of Defendant)

ABC COMPUTERS LLC
10027 Joseph Campau
Hamtramck, MI 48212

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desiree F. Moore, Esq.
Sara E. Fletcher, Esq.
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



December 22, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                   *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:14-CV-10189

_____Wendell Byrd_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **ABC Computers LLC** located at **10027 Joseph Campau, Hamtramck, MI 48212** resulting in:

__x__ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on

the _23rd_ day of _December_, 2014 at _2:30_ P .M.

Name: _Nick Moore_    Title: _Manager_

_____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | Male | Hair Color/Style: | Black |
| Race: | White | Height (approx.): | 5'7" |
| Age (approx.) | 30ish | Weight (approx.): | 170 lbs. |

Notable Features/Notes: _____

Signed and Sworn to before me

This _29TH_ day of _DECEMBER_, 2014.

_____
Notary Public

KEVIN MORRIS
NOTARY PUBLIC - STATE OF MI
COUNTY OF OAKLAND
My Commission Expires May 1, 2017
Acting in the County of Oakland

Served By:

_____
Wendell Byrd – Process Server
Title

14-11686

Service was completed by an independent contractor retained by It's Your Serve, Inc.