AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TVN S.A. and Telewizja Polsat Sp. z o.o.

| | |
|---|---|
| | CASE NUMBER:     1:14-cv-10189 |
| V. | ASSIGNED JUDGE:    Judge Edmond E. Chang |
| Polsky TV, et al. | DESIGNATED MAGISTRATE JUDGE:   Magistrate Jeffrey T. Gilbert |

TO: (Name and address of Defendant)

ifix4less LLC/Slawek Kisielewski
215 West Saint Georges Avenue
Linden, NJ 07036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desiree F. Moore, Esq.
Sara E. Fletcher, Esq.
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

December 22, 2014

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

| *Check one box below to indicate appropriate method of service* |
|---|
| ☐  Served personally upon the defendant.  Place where served: _____ _____ |
| ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ |
| ☐  Returned unexecuted: _____ _____ _____ |
| ☐  Other (specify): _____ _____ _____ |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on _____    _____ <br>                  *Date*             *Signature of Server* <br><br> _____ <br>            *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:14-CV-10189

_James Reap_ , being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Ifix4less LLC/Slawek Kisielewski** at **215 West Saint Georges Avenue, Linden, NJ 07036** resulting in:

_____ Personal service on the defendant/respondent/witness on

the _____ day of _____, 2014 at _____.M.

_10_ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on

the _23rd_ day of _December_ , 2014 at _3:47_ _P_.M.

Name: _Slawek Kisieleski_ Title: _Managing Member_

_____ Non-Service for the following reasons with the _DATE_ and _TIME_ of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: _Male_                     Hair Color/Style: _Brown /balding_

Race: _White_                   Height (approx.): _5'9"–6'5"_

Age (approx.) _40-50_           Weight (approx.): _200+_

Notable Features/Notes:_____

Signed and Sworn to before me

This _24th_ day of _December_, 2014,

_____

Notary Public DONNA JEAN ARCIUOLO

NOTARY PUBLIC OF NEW JERSEY

My Commission Expires 11/30/17

14-11697

Served By:

_____

James Reap

Process Server

Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.