AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TVN S.A. and Telewizja Polsat Sp. z o.o.

|  |  |
|---|---|
| | CASE NUMBER:     1:14-cv-10189 |
| V. | ASSIGNED JUDGE:     Judge Edmond E. Chang |
| Polsky TV, et al. | DESIGNATED MAGISTRATE JUDGE:     Magistrate Jeffrey T. Gilbert |

TO: (Name and address of Defendant)

PolskaTVOnline
2354 Hassell Road
Suite G
Hoffman Estates, IL 60169

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desiree F. Moore, Esq.
Sara E. Fletcher, Esq.
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



December 22, 2014

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                          *Signature of Server*


                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO.**1:14-cv-10189**
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he/she served process in the above mentioned cause.
That he/she served the within:

(**X** ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( ) Other:

1.    ( ) By leaving a copy with the named party, ------- personally on -------.

---

2.    ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he/she mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

---

3.    ( **X** ) On the within party, **Polska TVOnline** , by leaving a copy with **Paul Kadat, Manager and Authorized Person** on **December 26, 2014**, and informed that person of the contents thereof.

---

4.    ( **X** ) That the sex, race, and approximate age of the person with whom he/she left the documents were as follows:

SEX: **Male**              RACE: **Caucasian**              APPROXIMATE AGE: **40's**

---

5.    ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **2354 Hassell Road, Suite G, Hoffman Estates, IL 60169**
TIME OF DAY: **12:10 PM**

---

6.    ( ) That he/she was unable to serve within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **30th** day of **December 2014**

OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective Agency No. 117-000885

14-12471