AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TVN S.A. and Telewizja Polsat Sp. z o.o.

CASE NUMBER: 1:14-cv-10189

V.

ASSIGNED JUDGE: Judge Edmond E. Chang

Polsky TV, et al.

DESIGNATED
MAGISTRATE JUDGE: Magistrate Jeffrey T. Gilbert

TO: (Name and address of Defendant)

USAPOLSKYTV
270 Brooksvale Avenue
Hamden, CT 06518

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desiree F. Moore, Esq.
Sara E. Fletcher, Esq.
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



*[signature]*

(By) DEPUTY CLERK

December 22, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:14-CV-10189

__Daniel Russbach__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **USAPOLSKYTV** located at **270 Brooksvale Ave., Hamden, CT 06518** resulting in:

__X__  Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the 23rd day of December, 2014 at 5:04 P .M.
Name: __John Busca__   Title: __Authorized Agent__

_____  Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | Male | Hair Color/Style: | White |
| Race: | White | Height (approx.): | 5'10" |
| Age (approx.) | 67 | Weight (approx.): | 175 |

Notable Features/Notes: _____Glasses_____

Signed and Sworn to before me

This 29th day of December, 2014.

_____
Notary Public        08/31/2019

Served By:

Daniel Russbach
_____
Process Server
Title

14-11688

Service was completed by an independent contractor retained by It's Your Serve, Inc.