AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TVN S.A. and Telewizja Polsat Sp. z o.o.

V.

Polsky TV, et al.

CASE NUMBER: 1:14-cv-10189

ASSIGNED JUDGE: Judge Edmond E. Chang

DESIGNATED MAGISTRATE JUDGE: Magistrate Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Polvision LLC
117A Nassau Avenue
Brooklyn, NY 11222

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desiree F. Moore, Esq.
Sara E. Fletcher, Esq.
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

December 22, 2014
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

### AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:14-CV-10189

Ramon Torres , being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Polvision LLC** located at **117A Nassau Avenue, Brooklyn, NY 11222** resulting in:

X Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the 23rd day of December, 2014 at 1:32 P .M.
Name: Albert Zablocki, Title: Authorized Agent

___ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: Male          Hair Color/Style: Blonde
Race: Caucasian    Height (approx.): Sitting
Age (approx.) 39   Weight (approx.): Over 200 lbs
Notable Features/Notes: Glasses

Signed and Sworn to before me

This 26th day of Dec, 2014.        Served By: Ramon Torres

_____
Notary Public

REGENIA L HYMAN
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01HY6045811
COMM. EXP. 7-31-2018

Title Process Service
Lic No 1097961

14-11690

Service was completed by an independent contractor retained by It's Your Serve, Inc.